Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas
Delta Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 19 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Roosevelt Cannady
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Larry JATKINS
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 2:23-CV-154-BSM
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes [ ] No

This case assigned to District Judge Miller
and to Magistrate Judge Ervin

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Roosevelt Cannady
Street Address: 1559 Cartwright St
City and County: Earle
State and Zip Code: Arkansas 72331
Telephone Number: 870 249 5498 - 901 606 6633
E-mail Address: cannadyroosevelt7@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**Defendant No. 1**

Name: Larry Joe Atkins
Job or Title (if known): Rent man
Street Address: 1608 2nd St
City and County: Earle AR 72331 Crittenden County
State and Zip Code: 72331
Telephone Number: 870-636-1328
E-mail Address (if known):

**Defendant No. 2**

Name: Candie Price
Job or Title (if known): Rent woman
Street Address: 1608 2nd St
City and County: Earle AR Crittenden County
State and Zip Code: Arkansas 72331
Telephone Number: 870 636 1328
E-mail Address (if known):

**Defendant No. 3**

Name: Annette Atkins
Job or Title (if known): Rent woman
Street Address: 1608 2nd St
City and County: Earal AR Crittenden County
State and Zip Code: Arkansas 72331
Telephone Number: 870-636 1328
E-mail Address (if known):

**Defendant No. 4**

Name: CARETTA ATKINS
Job or Title (if known): Rent woman
Street Address: 1608 2nd St
City and County: Earle AR Crittenden County
State and Zip Code: Arkansan 72331
Telephone Number: 870 636 1328
E-mail Address (if known):

Defendant #5

JONATHAN ATKINS

Job or Title Rent man
Street Address 1608 2nd St
City and County
Earle AR Crittenden County

Defendant #6

CONRETTA ATKINS

Job or Title Rent woman
Street Address 1608 2nd St
City and County
Earle AR Crittenden County

Defendant #6

The City of Earle Earle AR
Job or Title City of Earl
Street Address 1004 2nd St
City and County  Earle Arkansan
Crittenden County 72331

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

human right landlord violation with family
I do have the paperwork of the truth

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Roosevelt cannady, is a citizen of the State of *(name)* Arkansas.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* It A family, is a citizen of the State of *(name)* Arkansas. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) *The Defendant is a family*, is incorporated under the laws of the State of (name) *Arkansas false*, and has its principal place of business in the State of (name) *Charges*.

Or is incorporated under the laws of (foreign nation) *False Eviction*,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

*The amount 17,000 dollars*

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*I bought The Propery from Larry ATKINS, but he committed a fraud with his family*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I Roosevelt Cannady Im Asking The court to order Mr Larry Joe Atkins To pay 16,000 of My SSI money back and give My Deed to 1559 Cartwright street Earle 72331*

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  7-13-23

Signature of Plaintiff  _[signature]_
Printed Name of Plaintiff  _____

### B.  For Attorneys

Date of signing:  _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____

I Roosevelt cannady is writing and objection To This case because Its Not I have paper of facts I only know Ther father

COPY

**IN THE CIRCUIT COURT OF CRITTENDEN COUNTY, ARKANSAS**
**CIVIL DIVISION**

This who Larry ATKINS<s>E</s> Larry ATKINS Is The one That has Talken MY SSI MONEY

| | |
|---|---|
| CANDICE PRICE, CARETTA ATKINS, JONATHAN ATKINS, AND CONRETTA ATKINS | **PLAINTIFFS** |
| I dont know his family  vs.  With The act of Fraud | 18-CV 2023-559 |
| ROOSEVELT CANNADY | **DEFENDANT** |

and I Roosevelt Cannady
Is Asking The court To please
INvestigate this matter pleas
By Law because It is Fraud
I went to court because of
Larry ATKINS misconduct

Roosevelt Cannady
1559 Cartwright St
Earle AR 72331



MEMPHIS TN 380
14 JUL 2023 PM 2 L

Richard Sheppard
U.S Courthouse
500 West Capitol
Avenue Little Rock
AR 72201

72201-333499