IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROOSEVELT CANNADY**                                                                 **PLAINTIFF**

v.                              **CASE NO. 2:23-CV-00154-BSM**

**LARRY JOE ATKINS,** *et al.*                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE