# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  23-2938

_____

Roosevelt Cannady

Plaintiff - Appellant

v.

Larry Joe Atkins; Candie Price; Annette Atkins; Conretta Atkins; City of Earle, Arkansas;
Jonathan Atkins; Caretta Atkins

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Delta
(2:23-cv-00154-BSM)

_____

## JUDGMENT

Before COLLOTON, BENTON, and KOBES, Circuit Judges.

The motion to proceed in forma pauperis is granted.

This court has reviewed the original file of the United States District Court. It is ordered
by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit
Rule 47A(a).

September 29, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans

## United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

September 29, 2023

Mr. Roosevelt Cannady
1559 Cartwright Street
Earle, AR  72331

     RE:  23-2938  Roosevelt Cannady v. Larry Atkins, et al

Dear Counsel:

     Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

                     Michael E. Gans
                     Clerk of Court

MTB

Enclosure(s)

cc:     Ms.  Clerk, U.S. District Court, Eastern District of Arkansas

        District Court/Agency Case Number(s):   2:23-cv-00154-BSM

## Forrest Dunn

**From:** ca08ml_cmecf_Notify@ca8.uscourts.gov
**Sent:** Friday, September 29, 2023 4:49 PM
**Subject:** 23-2938 Roosevelt Cannady v. Larry Atkins, et al "judgment filed granting to proceed on appeal in forma pauperis" (2:23-cv-00154-BSM)

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 09/29/2023

| | |
|---|---|
| **Case Name:** | Roosevelt Cannady v. Larry Atkins, et al |
| **Case Number:** | 23-2938 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** Granting [5313438-2] motion to proceed on appeal in forma pauperis filed by Appellant Mr. Roosevelt Cannady., This case is summarily affirmed in accordance with Eighth Circuit Rule 47A. STEVEN M. COLLOTON, DUANE BENTON and JONATHAN A. KOBES Adp Sep 2023 [5321402] [23-2938] (Maddison Barra)

**Notice will be electronically mailed to:**

Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court: ared_appeals@ared.uscourts.gov

**Notice will be mailed to:**

Mr. Roosevelt Cannady
1559 Cartwright Street
Earle, AR 72331

The following document(s) are associated with this transaction:
**Document Description:** Cover Letter
**Original Filename:** /opt/ACECF/live/forms/MaddisonBarra_232938_5321402_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=09/29/2023] [FileNumber=5321402-0]
[62b840eadc5d4434f7cf9ad181ba70d5f8024c45f6497fdbb0b84ae8d823e54c05849a68bb9f78889981c87bc1cd396c354
b15488b6f1ea4db95ebd4737de906]]
**Recipients:**

- Mr. Roosevelt Cannady
- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court

**Document Description:** Judgment: Judge Directed
**Original Filename:** /opt/ACECF/live/forms/MaddisonBarra_232938_5321402_JudgmentsJudgeDirected_127.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=09/29/2023] [FileNumber=5321402-1]
[2073339b696670611e7ef3f25341be7abc7b1548bcb5aab70c162de63a2c9f38a91aaea9e64826481642f04531920dd306
588320e6b2da22b94af597fd32fa78]]
**Recipients:**

- Mr. Roosevelt Cannady
- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5321402
**RELIEF(S) DOCKETED:**
  to proceed on appeal in forma pauperis
  affirmed 47A
**DOCKET PART(S) ADDED:** 7370065, 7354117, 7370066, 7370067